IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DENISE KILGORE,

    Petitioner,

v.                                            CASE NO. 4:10-cv-00407-MP-WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that petition for writ of habeas corpus filed by Angela Denise Kilgore pursuant to 28 U.S.C. § 2241 challenging her sentence imposed in the Eastern District of Tennessee be denied. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 6, is ACCEPTED and incorporated herein.

    2.    Petition for Writ of Habeas Corpus, Doc.1, is DENIED.

    **DONE AND ORDERED** this   *24th* day of June, 2011

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge